# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141586

CYNTHIA MARIE ZAVODSKY, a/k/a
CYNTHIA WOLF,
          Plaintiff-Appellee,

v

JASON ZAVODSKY,
          Defendant,

and

RICHARD ZAVODSKY,
          Intervenor-Appellant.

SC: 141586
COA: 296523
Wayne CC Family Division:
03-309596-DM

_____/

On order of the Court, the application for leave to appeal the July 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2010

_____
Clerk

s1012